**804**

UNIONTOWN NEWSPAPERS, INC., t/b/a The Herald–Standard, a Corporation, and Paul Sunyak, an Individual, Appellants,

v.

Lawrence ROBERTS, in His Capacity as a Member of the General Assembly of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Nov. 22, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

Kenneth FORTUNE, Appellant,

v.

DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Nov. 22, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**